

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

In Re: Jacqueline DeWees, Independent　§　　No. 08-18-00104-CV
Executrix of the Estate of Blanca S.
Rohling　　　　　　　　　　　　　　§　　AN ORIGINAL PROCEEDING

　　　　　　Relator.　　　　　§　　　IN MANDAMUS

　　　　　　　　　　　　　　　§

# **O R D E R**

Pending before the Court is Relator's emergency motion for to stay pending review of writ

of mandamus.  The motion is DENIED.

IT IS SO ORDERED this 15th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.